**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00041-CR**
_____

**BEULAH JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Jefferson County, Texas**
**Trial Cause No. 296066**

**ORDER**

The clerk's record was filed in the Court of Appeals on June 7, 2013, and the court reporter certified that no record of appellant's proceeding exists. Appellant has filed an affidavit of indigency, but has not filed a brief. The Court finds that it is necessary to determine whether the appellant is indigent and, therefore, entitled to appointed counsel on appeal.

It is, therefore, ORDERED that the appeal is ABATED and the cause is REMANDED to the trial court for a hearing to determine whether the appellant is indigent. For this purpose the trial judge shall conduct such hearings as may be

1

necessary, make appropriate findings and recommendations, and prepare a record of the proceedings. If the appellant is indigent, the judge shall take such measures as may be necessary to assure effective representation of counsel, which may include the appointment of counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing in the above-referenced appeal. The transcript of the court reporter's notes from the hearing and the findings and recommendations of the trial court judge are to be filed on or before September 30, 2013.

ORDER ENTERED August 29, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.